IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATURAL FASHIONS, INC., | No. 2:15-CV-0033-MCE-CMK |
| Plaintiff, | |
| vs. | <u>ORDER</u> |
| BEST OF KASHMIR, et al., | |
| Defendants. | |

      Plaintiff, who is proceeding with retained counsel, brings this civil action alleging copyright infringement.  Defendants failed to respond to the complaint and, on February 25, 2015, the Clerk of the Court entered defendants' defaults.  To date, defendants have not requested that their defaults be set aside.  In light of defendants' defaults, defendants' motion to dismiss and/or transfer (Doc. 12), filed on February 27, 2015, is disregarded.

      IT IS SO ORDERED.

DATED: May 28, 2015

                                                  **CRAIG M. KELLISON**
                                                  UNITED STATES MAGISTRATE JUDGE