IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATURAL FASHIONS, INC., | No. 2:15-CV-0033-MCE-CMK |
| Plaintiff, | |
| vs. | ORDER |
| BEST OF KASHMIR, et al., | |
| Defendants. | |
| _____/ | |

      Plaintiff, who is proceeding with retained counsel, brings this civil action alleging copyright infringement.  Pursuant to Eastern District of California Local Rule 230(g), the hearing scheduled for June 24, 2015, at 10:00 a.m. before the undersigned in Redding, California, is hereby taken off calendar and the matter is submitted on the record and briefs without oral argument.

      IT IS SO ORDERED.

DATED:  June 23, 2015

                                              **CRAIG M. KELLISON**
                                              UNITED STATES MAGISTRATE JUDGE