1

2

3

4

5

6

7

8       **IN THE UNITED STATES DISTRICT COURT**

9       **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11    NATURAL FASHIONS, INC.,                    No. 2:15-CV-0033-MCE-CMK

12              Plaintiff,

13          vs.                                         <u>ORDER</u>

14    BEST OF KASHMIR, et al.,

15              Defendants.

16    _____/

17          Plaintiff, who is proceeding with retained counsel, brings this civil action alleging

18    copyright infringement.  Pending before the court are: (1) defendants' motion to continue hearing

19    (Doc. 18); and (2) defendants' motion to set aside entry of default (Doc. 19).

20          Defendants seek a continuance on plaintiff's motion (Doc. 14) for entry of default

21    judgment.  Defendants' motion is denied as unnecessary in light of the court's June 23, 2015,

22    order vacating the hearing and submitting the matter on the record without oral argument.

23          Defendants have noticed a motion to set aside defaults entered by the Clerk of the

24    Court on February 25, 2015, for hearing on July 20, 2015.  That matter is continued to the court's

25    regular law and motion calendar on July 29, 2015, at 10:00 a.m. before the undersigned in

26    Redding, California.  The parties may appear telephonically through CourtCall.

1    Accordingly, IT IS HEREBY ORDERED that:

2         1.    Defendants' motion (Doc. 18) for a continuance is denied as unnecessary;

3    and

4         2.    The hearing on defendants' motion to set aside entry of default is

5    continued to July 29, 2015, at 10:00 a.m. in Redding, California.

6

7    DATED:  June 26, 2015

8                                                    _____
                                                     **CRAIG M. KELLISON**
9                                                    UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2