UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATURAL FASHIONS, INC., | No. 2:15-cv-00033-MCE-CMK |
| Plaintiff, | |
| v. | **ORDER** |
| BEST OF KASHMIR, et al., | |
| Defendants. | |

This is a copyright infringement case in which the Court entered a default judgment on March 30, 2016.  ECF Nos. 25, 26.  Defendants filed a Notice of Appeal on April 28, 2016, and then filed a Motion for Reconsideration on May 2, 2016.  ECF Nos. 27, 29.  Because of the pendency of the appeal, the Court lacked jurisdiction over the Motion for Reconsideration.  ECF No. 30 at 2.  The Court nonetheless indicated its willingness to hear a Rule 60(b) motion, allowed Defendants to apply to the Ninth Circuit for a limited remand, and specifically ordered Defendants to file their "Rule 60(b) motion not later than twenty (20) days after the remand order is filed or the motion will be summarily denied."  Id. at 3.

Although the Ninth Circuit issued its limited remand order on June 24, 2016, Defendants have declined to file a Rule 60(b) motion for this Court's consideration. Accordingly, Defendants have failed to comply with this Court's deadline for filing a

Rule 60(b) motion. There being nothing for the Court to consider, Defendants are HEREBY ORDERED to file their opening brief in the Ninth Circuit within seven (7) days from the date this order is electronically filed in accordance with that court's order. ECF No. 33.

IT IS SO ORDERED.

Dated: July 19, 2016

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE