UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

FILED
SEP 26 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

BEST OF KASHMIR, aka BOK STYLE aka BOK; SHAH NAWAZ FARASH aka SHAH, and SHANU,
   Appellants,

V.

NATURAL FASHIONS, INC.
   Appellee.

§
§
§
§
§
§
§
§
§
§
§
§

D.C. No.:
2:15-cv-00033-MCE-CMK

Trial Case No. 16-15825

### REQUEST FOR INDICATION
### TO CONSIDER RULE 60(b) MOTION

TO THE HONORABLE COURT,

This motion seeks the Court's indication that it will consider a motion for relief under Rule 60(b) to reconsider its former default judgment in the above case, so that the Ninth Circuit of Appeals will allow a remand for that purpose.

FACTUAL BACKGROUND

1. In 2014, I received a civil law suit complaint from Natural Fashion about a copyright dispute. I hired an attorney, Mr Billal Khaleeq, with the law firm of Khaleeq Law Firm. He told me he would take the case, I signed a contract and paid $ 2000 retainer fee. Unfortunately he took my money and did nothing.

2. When I received judgment papers, I immediately went to his office and he told me he had never received these papers, he said this was wrong, and that he was going to file an appeal. He reassured me that all was fine, I continued to call, begging for information, and he promised everything was in order. This went on for 25 days, but did nothing.

3. I have run my small business out of my home for 16 years, I was depending on this lawyer to defend me, and he was not answering me. I felt something was very wrong, so I went to another attorney, Mr. Warren Norred, and I explained my situation, he listened, looked in the computer, and told me that Mr Billal Khaleeq [attorney] had never filed the case. On the documents Mr Norred showed me I was listed as representing myself ! I was so shocked.

4. Mr. Norred, said that I few days to file an appeal in the court. I left his office, booked a flight for Sacramento on the 29th April to appeal my case. I did not do anything wrong. I didn't get a chance to represent my case to show the truth.

5. I discussed this in my letter to the Court filed May 2, 2016, and incorporate here.

6. In the Court's Order dated May 19, 2016, it provided the instructions leading to a request for remand in the Ninth Circuit. The Ninth Circuit remanded the case to allow the Court to reconsider this matter on June 24.

7. I did not see that the Court had remanded the case, as I was traveling on business and left the country for Kashmir on June 29, before I was able to obtain counsel and wound up being stuck in Kashmir without phone or internet while the area was in a period of violent civil unrest until I was able to come back on August 4, 2016, too late to meet this Court's deadline to file the Rule 60(b) motion as required by its twenty-day response time required by its May 19, 2016 Order.

8. Had I not been unexpected stuck in Kashmir, I would have timely filed the Motion to Reconsider under Rule 60. I do not think that I can be blamed for revolutionary violence, and ask the Court for a second chance to ask for reconsideration.

MERITORIOUS DEFENSE

9. As I have stated Plaintiff sends buyers in our shop to place an order to buy some merchandise. They order some of our styles such as

LJ, long jacket, VJ vest jacket, and MJ medium jacket, then send to plaintiff office. One of her customers company is Laura Boutique. She place order those 3 items under invoice number 0466. I have proof that plaintiff took some design to make these designs to use own fabric, to show court defendant has copy of her design.

10. The plaintiff complaint on registration number VA1-827-155 claims that this shawl is their own design. That is not the case. This pattern, exact color dye and fabric content is on the open market in India. I have proof that it is available for any wholesale or retail purchase, it is not an exclusive design to this company. When one creates their own pattern design in India, it is registered. and can be produced only for them. The pattern in question is one called "Boiled Wool", and it has a tradition of 100 years. These traditional patterns are classic and available to any merchant on the market. Please look at the both pictures to see the difference.



11. Our shawl border and inside print is totally different than her.

12. The second claim #VA1- 856-153 states that I have copied their long jacket style. I would ask that you would simply look at the 2 garments.....they are completely different. They have 2 scarves sewn together. I have a multitude of pieces sewn together to make a long jacket with sleeves, and different sizes. This is a pattern I developed 15 years ago.

 

13. As the pictures show, the two are totally different.

14. Claim #VA1-827-152 stating that I have copied their vest. This also is completely false. My design contains no collar and no sleeves and is opened in the front. It has a distinct sway . Again I am asking the court to please just look at the pictures next to each other.....they are totally different.

 

15. I am asking the court to please reconsider hearing my case so I can get the chance to represent the facts.

DATE: 09-06-2016    Thank you very much for reading,

_____
SHAHNAWAZ FARASH

STATE OF TEXAS § 
§
COUNTY OF TARRANT §

## VERIFICATION

By signing this document, I hereby swear or affirm, subject to the penalty of perjury, that the information included in the foregoing document is true and correct.

_____
SHAHNAWAZ FARASH

Before me, a notary public, on this day personally appeared the above named authorized person known to me to be the person whose name is subscribed above in connection with the foregoing document and, being by me first duly sworn declared that the statements therein contained are true and correct.

Sworn to and subscribed before me by SHAHNAWAZ FARASH on 23rd September, 2016.

NANCY A. STORR
Notary Public, State of Texas
Comm. Expires 03-02-2020
Notary ID 11891420

_____
Notary Public in and for
The State of Texas
My commission expires: 03/02/2016