G. HENRY WELLES, Bar No. 157193
henry.welles@bbklaw.com
BEST BEST & KRIEGER LLP
74760 Highway 111, Suite 200
Indian Wells, California  92210
Telephone:    (760) 568-2611
Facsimile:    (760) 340-6698

Attorneys for Plaintiff
NATURAL FASHIONS, INC., a California corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| NATURAL FASHIONS, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>BEST OF KASHMIR aka BOK STYLE aka BOK, a business entity form unknown; SHAH NAWAZ FARASH aka SHAH, an individual; SHANU, an individual; and DOES 1-10, Inclusive,<br><br>Defendant. | Case No. 2:15-CV-00033-MCE-CMK<br><br>**DESIGNATION OF COUNSEL** |

1  Plaintiff, NATURAL FASHIONS, INC., hereby designates the following from Best Best
2  & Krieger, LLP as counsel for service in this action:
3      NAME:   G. Henry Welles
4  The following attorney is no longer counsel of record in this action:
5      NAME:   Samuel Emerson
6
7  Dated: August 14, 2020         BEST BEST & KRIEGER LLP
8
9           By: /S/ G. Henry Welles
10             G. HENRY WELLES
            Attorneys for Plaintiff
11             NATURAL FASHIONS, INC., a California
            corporation

BEST BEST & KRIEGER LLP
ATTORNEYS AT LAW
74760 HIGHWAY 111, SUITE 200
INDIAN WELLS, CALIFORNIA 92210

79904.00000\33191365.1     - 2 -     2:15-CV-00033-MCE-CMK
DESIGNATION OF COUNSEL

*Re: UNITED STATE DISTRICT COURT*
*EASTERN DISTRICT OF CALIFORNIA*
*SACRAMENTO DIVISION - Case Number: 2:15-cv-00033-MCE-CMK*

## PROOF OF SERVICE BY MAIL

I am a citizen of the United States and employed in Riverside County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 74760 Highway 111, Suite 200, Indian Wells, California 92210. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On August 14, 2020, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s):

### DESIGNATION OF COUNSEL

in a sealed envelope, postage fully paid, addressed as follows:

| | |
|---|---|
| Best of Kashmir aka BOK Style aka BOK<br>6833 Beverly Glen Drive<br>Fort Worth, TX 76312 | Shanu<br>6833 Beverly Glen Drive<br>Fort Worth, TX 76312 |
| Shah Nawaz Farash aka Shah<br>6833 Beverly Glen Drive<br>Fort Worth, TX 76312 | |
| Clayton Everett, Esq.<br>Norred Law, PLLC<br>515 E. Border Street<br>Arlington, TX 76010 | *Bankruptcy Counsel for Defendants*<br><br>*Courtesy Copy* |

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

///

///

///

79904.00000\33018767.1

PROOF OF SERVICE
CASE NO. 2:15-CV-00033-MCE-CMK

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on August 14, 2020, at Indian Wells, California.

/s/ Sally Melgarejo
Sally Melgarejo

BEST BEST & KRIEGER LLP
ATTORNEYS AT LAW
74760 HIGHWAY 111, SUITE 200
INDIAN WELLS, CALIFORNIA 92210

79904.00000\33018767.1

PROOF OF SERVICE
CASE NO. 2:15-CV-00033-MCE-CMK