# UNITED STATE DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

**FILED**

SEP 1 6 2020

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

| | |
|---|---|
| **BEST OF KASHMIR** | **CASE NO :** |
| **SHAH NAWAZ FARASH** | **2:15-CV-00033-MCE-CMK** |
| **And   SHANU** | **REQUEST FOR POSTPONE** |
| | **TO CONSIDER THIS MOTION** |
| | **DUE TO COVID 19** |

**Defendants**


**V**

**NATURAL FASHION, INC.**

**California corporation**


**Plaintiff**

## REQUEST FOR POSTPONE TO CONSIDER THIS MOTION

**TO THE HONORABLE COURT,**

I am writing to you today to ask you to please postpone my court case until the COVID-19 situation becomes better. I live in Texas by representing the case my self. I attempted at hiring an attorney in California but it did not go well. They do not understand the points which I try to explain to them on phone. At this time because of COVID-19 I have been unable to do business for six months, I can not also travel right now anywhere because I am a diabetic patient. I am financially devastated at present due to COVID-19. I have been doing this business for the last 20 years from my home. I don't have any other resources to earn. Please I am hopeful that you will be able to postpone my case until COVID-19 allows me to once again work and I can present my case to you in person or hire an attorney to present for me.

# BACKROUND

On June 6th, 2015, Natural Fashion INC. filed a lawsuit in the Eastern District Court of California for copyright infringement against Shah Farash and his wife, who is selling imported clothes from India, under the name of the company (The Best of Kashmir). I hired an attorney to represent my case. Unfortunately he failed to appear in court and failed to inform me of his absence and the court date. Because of this I lost my case without me being able to present my evidence. When I got the judgement from the court, I was surprised that I am representing my case all by my self. But now I have got a new opportunity to prove my case in front of court.

Shah Farash has a meritorious defense. Natural Fashions INC. has claimed that the material and shawl is of its own design, though the Farash can testify that this exact design has been available on the open market in India for decades, and can show evidence that the design has been used for more than a 100 years. Natural Fashion's jacket-related claim concerns two designs under EXHIBIT "A": US Copyright Registration #VA 1-856-153 under Echo Ruana,

EXHIBIT "B": US Copyright Registration #VA 1-827-152 under Morocco Jacket, and EXHIBIT "C": US Copyright Registration #VA 1-827-155 under Echo Shawl, that are so different that the district court my be justified in dismissing them *sua sponte*, or a motion for summary judgement. Farash can provide evidence that these products are available from literally hundreds of vendors, and also the most popular website in India. This suit is nothing more than a larger organization abusing intellectual property laws and employing the federal courts to bully small unsophisticated manufacturers, with a goal gaining a monopoly over goods that have been available for more than a century, and in no way can be considered original works by Natural Fashions.

We have proof there are some other companies from India doing business in the USA, selling same copyright product, EXHIBIT "C": #VA 1-827-155, and some of the companies told me that they are selling the same kind of pattern for decades all over India, with different colors and different fabrics, which Natural Fashion INC. claims to his own pattern.

- 4 -

# EXHIBIT "A"





The Claim #VA 1-856-153 states that I have copied their Echo Ruana. I would ask that you would simply look at the 2 garments, they are completely different. They have 2 scarves sewn together. I have a multitude of pieces sewn together with sleeves to make a Long Jacket (L J). This is a pattern I developed 15 years ago.